IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **FILED UNDER SEAL** |
| | § | |
| v. | § | No. 4:26CR |
| | § | Judge |
|  | § | |
| | § | |
| | § | |
| | § | |
| JAMIE ELIAS (6) | § | |
| | § | |
| | § | |

**<u>INDICTMENT</u>**

THE UNITED STATES GRAND JURY CHARGES:

**<u>Count One</u>**

> Violation:  21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute and Distribution of Methamphetamine)

That from sometime in or about January 2020, and continuously thereafter up to

and including the date of this Indictment, in the Eastern District of Texas and elsewhere,



**Jamie Elias**

**Indictment/Notice of Penalty – Page 1**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute and the distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual).

In violation of 21 U.S.C. § 846.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:  Any and all proceeds and/or instrumentalities are subject to forfeiture by the government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JAY R. COMBS
UNITED STATES ATTORNEY

_____        _____
HEATHER RATTAN                        Date
Assistant United States Attorney

Indictment/Notice of Penalty – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:26CR |
| | § | Judge |
|  | § § § § § § | |
| JAMIE ELIAS (6) | § | |
| | § § § | |

**Count One**

Violation:    21 U.S.C. § 846

Penalty:    If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual) – not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years

Special Assessment:  $100.00

**Indictment/Notice of Penalty – Page 3**